Michael J. KRIZ, Appellant,

v.

12TH JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY; Dr. Sanat K. Roy, in his individual and official capacity, Appellees.

No. 09–1902.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 22, 2010.

Filed: Feb. 25, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Michael Kriz appeals from the order of the District Court[1] granting summary judgment to the defendants in Kriz's civil rights action. After careful de novo review, *see Mayer v. Nextel W. Corp.,* 318 F.3d 803, 806 (8th Cir.) (standard of review), *cert. denied,* 540 U.S. 823, 124 S.Ct. 153, 157 L.Ed.2d 43 (2003), we reject Kriz's arguments for reversal because the summary judgment record reveals no trialworthy issue as to the alleged violation of his constitutional rights. Accordingly, we affirm.

[1]. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the